[No. 25650-9-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY J. JESSUP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00858-5, Randolph Furman, J., entered February 17, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 25946-0-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY D. TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00356-0, Toni A. Sheldon, J., entered May 4, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26009-3-II.   Division Two.   July 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK LOUIS MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04521-5, Kitty-Ann van Doorninck, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 40291-9-I.   Division One.   July 16, 2001.]

*In the Matter of the Personal Restraint of* LYNWOOD M. PELOT, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.